IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
OXFORD DIVISION

RANDE THORPE AND
VIRGINIA THORPE                                                                PLAINTIFFS

V.                                                         CIVIL ACTION NO. 3:16CV00147-NBB-RP

WMS GAMING, INC.; BALLY GAMING, INC.;
SCIENTIFIC GAMES CORP.; CAESARS
ENTERTAINMENT CORP.; CAESARS
ENTERTAINMENT OPERATING CO., INC.;
BL DEVELOPMENT CORP.; HARRAH'S
TUNICA CORP.; HARRAH'S TUNICA
CASINO CORP.; TUNICA ROADHOUSE
CORP.; ROBINSON PROPERTY GROUP CORP.;
HORSESHOE GAMING HOLDING CORP.;
HORSESHOE GAMING HOLDING, LLC;
HORSESHOE GP, LLC; THE MISSISSIPPI
GAMING COMMISSION; AMESHA GROSS;
AND VARIOUS UNKNOWN CURRENT
AND FORMER EMPLOYEES OF
THE MISSISSIPPI GAMING COMMISSION                                 DEFENDANTS

## ORDER

In accordance with the memorandum opinion issued this day, it is **ORDERED AND ADJUDGED**

that the motion to dismiss filed by the casino and game manufacturing defendants is **GRANTED in part and DENIED in part**. The motion is granted as to the plaintiffs' claims for negligence and products liability and denied in all other respects; and

that the motion to dismiss filed by the MGC and Amesha Gross is **GRANTED in part and DENIED in part**. The motion is granted as to the MGC and Gross in her official capacity, and the MGC and Gross in her official capacity are hereby dismissed from this lawsuit. Gross' motion to dismiss based on qualified immunity is **DENIED**.

This, the 26th day of September, 2018.

                                                    /s/ Neal Biggers
                                                  NEAL B. BIGGERS, JR.
                                                  UNITED STATES DISTRICT JUDGE